UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CITY OF PALO ALTO, et al., | No. C 13-2242 MEJ |
| Plaintiffs, | **STATUS ORDER** |
| v. | |
| LG CHEM LTD., et al., | |
| Defendants. | |

This matter is currently scheduled for a Case Management Conference on August 15, 2013. However, as there has been no recent docket activity in this case, the Court VACATES the August 15 conference and ORDERS Plaintiffs to file a status report by August 29, 2013.

**IT IS SO ORDERED.**

Dated: August 12, 2013

_____
Maria-Elena James
United States Magistrate Judge